UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ECLECTIC INC | ) | Case No. 06-01616-ERW |
| | ) | |
| Debtor(s). | ) | Hon. EUGENE R. WEDOFF |

**Trustee's Final Report**

To:   The Honorable EUGENE R. WEDOFF
      United States Bankruptcy Judge

NOW COMES PHILIP V. MARTINO, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on February 22, 2006. PHILIP V. MARTINO was appointed Trustee on the February 22, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the trustee's final account as of March 12, 2007 is as follows:

    a.   RECEIPTS (See Exhibit C)                                    $25,270.63
    b.   DISBURSEMENTS (See Exhibit C)                                $7,889.31

CHGO1\30909111.1

|     |     |     |     |     |
|---|---|---|---|---|
| c. | NET CASH available for distribution | | | $17,381.32 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | | |
| | 1. | Trustee compensation requested (See Exhibit E) | | $2,000.00 |
| | 2. | Trustee Expenses (See Exhibit E) | | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | | |
| | | (a.) | Dla Piper Us Llp *Attorney for Trustee Fees (Trustee Firm)* | $10,079.50 |
| | | (b.) | Dla Piper Us Llp *Attorney for Trustee Expenses (Trustee Firm)* | $116.29 |
| | | (c.) | Lasalle Bank, N.A. (10-021190-09) *Administrative Rent (post-petition storage fees, leases, etc.) (Chapter 11)* | $1,800.00 |
| | | (d.) | Popowcer Katten Ltd. *Accountant for Trustee Fees (Other Firm)* | $1,725.00 |

5. The Bar Date for filing unsecured claims expired on August 8, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $13,920.79 |
| c. | Allowed Chapter 11 administrative claims | $1,800.00 |
| d. | Allowed priority claims | $1,113.00 |
| e. | Allowed unsecured claims | $50,181.83 |

7. Trustee proposes that unsecured creditors receive a distribution of 2.5800% of allowed claims .

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO<br>*Trustee Compensation* | $0.00 | $2,000.00 | $0.00 |
| DLA PIPER US LLP<br>*Attorney for Trustee* | $0.00 | $10,079.50 | $116.29 |
| POPOWCER KATTEN LTD.<br>*Accountant for Trustee* | $0.00 | $1,725.00 | $0.00 |

9. A fee of $1,500.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: 3/12/07

/s/ Philip V. Martino

PHILIP V. MARTINO, Trustee
203 NORTH LASALLE STREET
SUITE 1800
CHICAGO, IL 60601

CHGO1\30909111.1

## TASKS PERFORMED BY TRUSTEE

Oversaw liquidation of estate assets, prepared for and took Debtor's examination; reviewed claims; reviewed bank statements; maintained estate's bookkeeping records, reviewed and executed tax returns; and filed the necessary reports with the Office of the U.S. Trustee.

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 06-01616 ERW Judge: EUGENE R. WEDOFF
Case Name: ECLECTIC INC
For Period Ending: 06/14/07

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 02/22/06 (f)
341(a) Meeting Date: 04/26/06
Claims Bar Date: 08/08/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account Chase Bank | 296.65 | 0.00 | | 745.28 | FA |
| 2. $3,700 Security Deposit Lee Golden | 3,700.00 | Unknown | | 0.00 | FA |
| 3. $3,500 Security Deposit Ted Tsekeris | 3,500.00 | Unknown | | 0.00 | FA |
| 4. City of Chicago Operating License | 0.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Show Cases | 100.00 | Unknown | | 0.00 | FA |
| 6. INVENTORY | 54,736.69 | Unknown | | 24,135.62 | FA |
| 7. Court Awarded Fees (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 181.74 | Unknown |

TOTALS (Excluding Unknown Values) $ 62,333.34 $ 1,000.00 $ 26,062.64

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/07   Current Projected Date of Final Report (TFR): 06/30/07

LFORM1 Ver: 12.01a

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-01616 -ERW
Case Name: ECLECTIC INC
Taxpayer ID No: *******3278
For Period Ending: 06/14/07

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5660  BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| * 05/09/06 | 6 | Chicago Liquidators Services, Inc. | | | | 24,134.62 | | 24,134.62 |
| | | CHICAGO LIQUIDATORS | Memo Amount: | 4,615.20 | 3620-003 | | | |
| | | | Total Expenses of Auction | | | | | |
| | | CHICAGO LIQUIDATORS | Memo Amount: | 2,190.11 | 3610-003 | | | |
| | | | 12%Commission (net of costs) | | | | | |
| | | PHILIP V. MARTINO, TRUSTEE | Memo Amount: | 17,329.31 | 1129-003 | | | |
| | | | Net Deposited With Bank | | | | | |
| * 05/09/06 | 6 | Chicago Liquidators Services, Inc. | VOID | | | -24,134.62 | | 0.00 |
| | | CHICAGO LIQUIDATORS | Memo Amount: ( | 4,615.20 ) | 1129-003 | | | |
| | | | Total Expenses of Auctio | | 3620-003 | | | |
| | | CHICAGO LIQUIDATORS | Memo Amount: ( | 2,190.11 ) | 3610-003 | | | |
| | | | 12%Commission net of costs | | | | | |
| | | PHILIP V. MARTINO, TRUSTEE | Memo Amount: ( | 17,329.31 ) | 1129-003 | | | |
| | | | Net Deposited With Ban ) | | | | | |
| 05/09/06 | 6 | Chicago Liquidators Services, Inc. | | | | 17,329.31 | | 17,329.31 |
| | | CHICAGOLIQUIDATORS | Memo Amount: ( | 4,615.20 ) | 3620-000 | | | |
| | | | Total Expenses for Auctioneer | | | | | |
| | | CHICAGOLIQUIDATORS | Memo Amount: ( | 2,190.11 ) | 3610-000 | | | |
| | | | 12% Commission (net of cost) | | | | | |
| | | CHICAGO LIQUIDATORS SERVICES, INC. | Memo Amount: | 24,134.62 | 1129-000 | | | |
| | | | Sale of Inventory for Two Doors | | | | | |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | | 1270-000 | 9.94 | | 17,339.25 |
| 06/07/06 | 000301 | Illinois Department of Revenu Retailer's Occupation Tax Springfield, IL 62796-0001 | IBT# 0441-5841 ST-1 March 2006 Sales and Use Tax | | 2820-000 | | 1,084.00 | 16,255.25 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | | 1270-000 | 13.81 | | 16,269.06 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | | 1270-000 | 13.82 | | 16,282.88 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | | 1270-000 | 13.83 | | 16,296.71 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | | 1270-000 | 13.39 | | 16,310.10 |

Page Subtotals    17,394.10    1,084.00

LFORM24    Ver: 12.01a

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-01616 -ERW
Case Name: ECLECTIC INC
Taxpayer ID No: ******3278
For Period Ending: 06/14/07

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5660  BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.86 | | 16,323.88 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.42 | | 16,337.30 |
| 12/13/06 | 7 | JP Morgan Chase | Fees | 1249-000 | 1,000.00 | | 17,337.30 |
| 12/13/06 | 1 | JP Morgan Chase | | | 745.28 | | 18,082.66 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.68 | | 18,097.34 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.37 | | 18,112.71 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.89 | | 18,126.60 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.39 | | 18,141.99 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.92 | | 18,156.91 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.42 | | 18,172.33 |

Memo Allocation Receipts: 24,134.62
Memo Allocation Disbursements: 6,805.31
Memo Allocation Net: 17,329.31

COLUMN TOTALS         19,256.33    1,084.00
Less: Bank Transfers/CD's    0.00    0.00
Subtotal                 19,256.33    1,084.00
Less: Payments to Debtors         0.00
Net                      19,256.33    1,084.00

Total Allocation Receipts: 24,134.62
Total Allocation Disbursements: 6,805.31
Total Memo Allocation Net: 17,329.31

TOTAL - ALL ACCOUNTS        NET DEPOSITS    NET DISBURSEMENTS    ACCOUNT BALANCE
BofA - Money Market Account - *******5660    19,256.33    1,084.00    18,172.33

                                  19,256.33    1,084.00    18,172.33
                                (Excludes Account Transfers)    (Excludes Payments To Debtors)    Total Funds On Hand

Page Subtotals    1,862.23    0.00

LFORM24                                                                              Ver: 12.01a

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ECLECTIC INC | ) | Case No. 06-01616-ERW |
| | ) | |
| Debtor(s). | ) | Hon. EUGENE R. WEDOFF |

### PROPOSED DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $13,920.79 |
| Chapter 11 Administrative Expenses: | $1,800.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $1,113.00 |
| General Unsecured Claims: | $1,292.81 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $18,126.60 |

CHGO1\30909111.1

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $13,920.79 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino Trustee Compensation | $2,000.00 | $2,000.00 |
| | Dla Piper Us Llp Attorney for Trustee Fees | $10,079.50 | $10,079.50 |
| | Dla Piper Us Llp Attorney for Trustee Expenses | $116.29 | $116.29 |
| | Popowcer Katten Ltd. Accountant for Trustee Fees | $1,725.00 | $1,725.00 |
| | CLASS TOTALS | $13,920.79 | $13,920.79 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 1,800.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000010B | Lasalle Bank, N.A. (10-021190-09) Administrative Rent | $1,800.00 | $1,800.00 |
| | CLASS TOTALS | $1,800.00 | $1,800.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

- 2 -

CHGO1\30909111.1

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

CHGO1\30909111.1

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and Penalties | $ 1,113.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004B | Illinois Department Of Revenue Claims of Governmental Units-- 507 | $1,113.00 | $1,113.00 |
| | CLASS TOTALS | $1,113.00 | $1,113.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 50,059.83 | 2.58 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000009 | Advanta Bank Corp General Unsecured 726 | $13,472.68 | $347.93 |
| 000001 | American Express Bank Fsb General Unsecured 726 | $29,424.95 | $759.91 |
| 000005 | American Express Travel Related Svc General Unsecured 726 | $3,730.02 | $96.33 |
| 000007 | Citibank Na General Unsecured 726 | $359.68 | $9.29 |
| 000002 | Dm Merchandising, Inc. General Unsecured 726 | $432.00 | $11.16 |
| 000012 | Fine-Line Products, Inc. General Unsecured 726 | $855.10 | $22.08 |
| 000010A | Lasalle Bank, N.A. (10-021190-09) General Unsecured 726 | $0.00 | $0.00 |
| 000006 | Milani & Assoc., Ltd. General Unsecured 726 | $1,210.40 | $31.26 |

- 4 -

| | | | |
|---|---|---|---|
| 000011 | Peter Apostal<br>General Unsecured 726 | $575.00 | $14.85 |
| | **CLASS TOTALS** | **$50,059.83** | **$1,292.81** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 122.00 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004A | Illinois Department Of Revenue<br>Fines, Penalties726 | $122.00 | $0.00 |
| | **CLASS TOTALS** | **$122.00** | **$0.00** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) – Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____      _____