UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| ECLECTIC INC ) | Case No. 06-01616-ERW | |
| ) | | |
| Debtor(s). ) | Hon. EUGENE R. WEDOFF | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 744, CHICAGO, IL  60604

    On: **July 18, 2007**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                        $25,270.63

    Disbursements                                                                             $7,889.31

    Net Cash Available for Distribution                                           $17,381.32

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| PHILIP V. MARTINO | $0.00 | $2,000.00 | $0.00 |

*Trustee Compensation*

| | | | |
|---|---|---|---|
| DLA PIPER US LLP<br>*Attorney for Trustee* | $0.00 | $10,079.50 | $116.29 |
| POPOWCER KATTEN LTD.<br>*Accountant for Trustee* | $0.00 | $1,725.00 | $0.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously Paid | Fees Now<br>Requested | Expenses |
|---|---|---|---|
| LaSalle Bank, N.A. (10-021190-09)<br>*Administrative Rent* | $0.00 | $0.00 | $1,800.00 |

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,113.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed<br>Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004B | Illinois Department Of Revenue | $1,113.00 | $1,113.00 |

7.   Claims of general unsecured creditors totaling $50,181.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 2.5800% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | American Express Bank Fsb | $29,424.95 | $759.91 |
| 000002 | Dm Merchandising, Inc. | $432.00 | $11.16 |
| 000004A | Illinois Department Of Revenue | $122.00 | $0.00 |
| 000005 | American Express Travel Related Svc | $3,730.02 | $96.33 |
| 000006 | Milani & Assoc., Ltd. | $1,210.40 | $31.26 |

| | | | |
|---|---|---:|---:|
| 000007 | Citibank Na | $359.68 | $9.29 |
| 000009 | Advanta Bank Corp | $13,472.68 | $347.93 |
| 000010A | Lasalle Bank, N.A. (10-021190-09) | $0.00 | $0.00 |
| 000011 | Peter Apostal | $575.00 | $14.85 |
| 000012 | Fine-Line Products, Inc. | $855.10 | $22.08 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---:|
| NONE | $ |

Dated: **June 21, 2007**                     For the Court,

                                By:   **KENNETH S GARDNER**
                                      CLERK OF THE COURT

Trustee:    Philip V. Martino
Address:    203 North Lasalle Street
            Suite 1800
            Chicago, IL  60601
Phone No.:  (312) 368-2165

BAE SYSTEMS
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2         Date Rcvd: Jun 21, 2007
Case: 06-01616                 Form ID: pdf002             Total Served: 47

The following entities were served by first class mail on Jun 23, 2007.
db           +Eclectic, Inc,    3238 N Clark Street,    Chicago, IL 60657-1630
aty          +Ann E Pille,    DLA Piper US LLP,    203 North LaSalle Street,    Suite 1900,
               Chicago, Il 60601-1263
aty          +Colleen E McManus,    DLA Piper US LLP,    203 N LaSalle Street,    Suite 1900,
               Chicago, IL 60601-1263
aty          +DLA Piper US LLP,    203 N LaSalle Street,    Ste 1900,    Chicago, IL 60601-1263
aty          +Nicole J. Morgen,    Morgen & Perl,    7101 N. Cicero,    #101,    Lincolnwood, IL 60712-2112
aty          +Peter Aspostal,    77 W Washington,    Suite 712,    Chicago, IL 60602-3270
aty          +Philip V Martino, ESQ,    DLA Piper US LLP,    203 N Lasalle Street,    Suite 1900,
               Chicago, IL 60601-1263
aty          +Steven R Radtke,    Chill Chill & Radtke P C,    79 W. Monroe Street,    Suite 1305,
               Chicago, IL 60603-4925
tr           +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
               Chicago, IL 60601-1264
10835995      Advanta Bank Corp,    PO Box 3001,    Malvern, PA 19355-0701
10608663      Advanta Bank Corp.,    PO Box 8088,    Philadelphia, PA 19101-8088
10608664      Aetna,    PO Box 44129,    Jacksonville, FL 32231-4129
10608665      American Express,    PO Box 360002,    Ft. Lauderdale, FL 33336-0002
10608666      American Express,    PO Box 650448,    Dallas, TX 75265-0448
10655165      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10754207      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
10608668      Bank of America,    PO Box 1758,    Newark, NJ 07101-1758
10608669      Capital One Bank,    PO Box 790216,    Saint Louis, MO 63179-0216
10608671      Capital One FSB,    PO Box 790217,    Saint Louis, MO 63179-0217
10608673      Chase Cardmember Service,    PO Box 94010,    Palatine, IL 60094-4010
10608678     +Citi,    100 Citibank Drive,    PO Box 769004,    San Antonio, TX 78245-9004
10608679      Citi-Business Platinum,    PO Box 6309,    The Lakes, NV 88901-6309
10763596     +Citibank NA,    Citimortgage/CH Kgt,    1000 Technology Dr MS 504,    St Charles, MO 63368-2240
10608681     +Comcast,    4851 N. Milwaukee,    Chicago, IL 60630-2145
10608680      Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
10608685     +DM Merchandising, Inc.,    835 N. Church Ct.,    Elmhurst, IL 60126-1036
10608682     +Dell Financial Services, L.P.,    One Dell Way,    Round Rock, TX 78682-7000
10608683      Direct Merchants Bank Titanium-Visa,    PO Box 60019,    City Of Industry, CA 91716-0019
10608686     +Express MPS,    PO Box 6600,    Hagerstown, MD 21741-6600
10608687      Fine-Line Products, Inc.,    738 10th Avenue,    PO Box 43,    Grafton, WI 53024-0043
10608688     +Glow Industries, Inc.,    12962 Exkel Junction Rd.,    Perrysburg, OH 43551-1309
10608689      Illinois Department of Revenue,    Retailers Occupation Tax,    Springfield, IL 62794
10749551     +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street  Level 7-400,
               Chicago, Illinois 60601-3218
10608690     +John D. Moon,    3238 N. Clark Street,    Chicago, IL 60657-1630
10782683     +LASALLE BANK, N.A., TRUST NO. 35963,    C/O MORGEN & PERL,    7101 N. CICERO AVE., STE. 101,
               LINCOLNWOOD, IL 60712-2112
10608692     +LaSalle Bank N.A. a/t/u/t 35963,    Attn: Lee Golden, Agent,    2517 W. Coyle,
               Chicago, IL 60645-3212
10608693     +LaSalle Bank, N.A. (10-021190-09),    c/o Ted Tsekeris & Alex Tsekeris,    4218 N. Leavitt,
               Chicago, IL 60618-2908
10608695     +LaSalle Bank, NA,    c/o Lee Golden,    2517 W. Coyle,    Chicago, IL 60645-3212
10608694     +LaSalle Bank, NA,    c/o Ted Tsekeris and Alex Tsekeris,    4218 N. Leavitt,
               Chicago, IL 60618-2908
10608696      MBNA America,    PO Box 15137,    Wilmington, DE 19886-5137
10608697      Merrick Bank,    PO Box 5721,    Hicksville, NY 11802-5721
10608698     +Milani & Assoc., Ltd.,    4413 N. Magnolia,    Chicago, IL 60640-5550
10608699      Peoples Energy,    Chicago, IL 60687-0001
10856109     +Peter Apostal,    77 W Washington,    Ste 712,    Chicago IL 60602-3270
10608700     +SBC,    PO Box 981268,    West Sacramento, CA 95798-1268
10608702    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,      PO Box 790408,    Saint Louis, MO 63179-0408)

The following entities were served by electronic transmission on Jun 22, 2007.
10608684      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 22 2007 02:21:38      Discover,   PO Box 30395,
               Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc           Lois West
acc           Popowcer Katten LTD
10608667*     American Express,    PO Box 360002,    Ft. Lauderdale, FL 33336-0002
10608670*     Capital One Bank,    PO Box 790216,    Saint Louis, MO 63179-0216
10608672*     Capital One FSB,    PO Box 790217,    Saint Louis, MO 63179-0217
10608674*     Chase Cardmember Service,    PO Box 94010,    Palatine, IL 60094-4010
10608675*     Chase Cardmember Service,    PO Box 94010,    Palatine, IL 60094-4010
10608676*     Chase Cardmember Service,    PO Box 94010,    Palatine, IL 60094-4010
10608677*     Chase Cardmember Service,    PO Box 94010,    Palatine, IL 60094-4010
10608691*    +John D. Moon,    3238 N. Clark Street,    Chicago, IL 60657-1630
10608701*    +SBC,    PO Box 981268,    West Sacramento, CA 95798-1268
10608703*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,      PO Box 790408,    Saint Louis, MO 63179-0408)
                                                                                           TOTALS: 2, * 10

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7             Page 2 of 2              Date Rcvd: Jun 21, 2007
Case: 06-01616                Form ID: pdf002         Total Served: 47

           ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2007**          **Signature:**   _Joseph Speetjens_