UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 CASE |
| ECLECTIC INC | ) |
| | ) |
| | ) CASE NO. 06-01616-ERW |
| | ) |
| | ) |
| Debtor(s). | ) Hon. EUGENE R. WEDOFF |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

To:   THE HONORABLE EUGENE R. WEDOFF
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit "B". Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

| | |
|---|---|
| 10/16/07 | /s/ Philip V. Martino |
| DATE | Philip V. Martino, Trustee |

CHGO1\31108600.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ECLECTIC INC | ) | Case No. 06-01616-ERW |
| | ) | |
| Debtor(s). | ) | Hon. EUGENE R. WEDOFF |

## DISTRIBUTION REPORT

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $13,920.79 |
| Chapter 11 Administrative Expenses: | $1,800.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $1,113.00 |
| General Unsecured Claims: | $1,358.96 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$18,192.75** |

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $13,920.79 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | Philip V. Martino Trustee Compensation | $2,000.00 | $2,000.00 |
|  | DLA Piper US LLP Attorney for Trustee Fees | $10,079.50 | $10,079.50 |
|  | DLA Piper US LLP Attorney for Trustee Expenses | $116.29 | $116.29 |
|  | Popowcer Katten Ltd. Accountant for Trustee Fees | $1,725.00 | $1,725.00 |
|  | **CLASS TOTALS** | **$13,920.79** | **$13,920.79** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $1,800.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000010B | Lasalle Bank, N.A. (10-021190-09) Administrative Rent | $1,800.00 | $1,800.00 |
|  | **CLASS TOTALS** | **$1,800.00** | **$1,800.00** |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and Penalties | $ 1,113.00 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004B | Illinois Department Of Revenue Claims of Governmental Units-- 507 | $1,113.00 | $1,113.00 |
| | CLASS TOTALS | $1,113.00 | $1,113.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 50,059.83 | 2.71 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000009 | Advanta Bank Corp General Unsecured 726 | $13,472.68 | $365.74 |
| 000001 | American Express Bank Fsb General Unsecured 726 | $29,424.95 | $798.79 |
| 000005 | American Express Travel Related Svc General Unsecured 726 | $3,730.02 | $101.26 |
| 000007 | Citibank Na General Unsecured 726 | $359.68 | $9.76 |
| 000002 | Dm Merchandising, Inc. | $432.00 | $11.73 |

CHGO1\31005868.1

| | | | |
|---|---|---|---|
| 000012 | General Unsecured 726<br>Fine-Line Products, Inc. | $855.10 | $23.21 |
| 000010A | General Unsecured 726<br>Lasalle Bank, N.A. (10-021190-09) | $0.00 | $0.00 |
| 000006 | General Unsecured 726<br>Milani & Assoc., Ltd. | $1,210.40 | $32.86 |
| 000011 | General Unsecured 726<br>Peter Apostal | $575.00 | $15.61 |
| | General Unsecured 726 | | |
| | **CLASS TOTALS** | **$50,059.83** | **$1,358.96** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 122.00 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004A | Illinois Department Of Revenue<br>Fines, Penalties726 | $122.00 | $0.00 |
| | **CLASS TOTALS** | **$122.00** | **$0.00** |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  7/24/07                              /s/ Philip V. Martino
                                             Philip V. Martino, Trustee

CHGO1\31005868.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ECLECTIC INC | ) | Case No. 06-01616-ERW |
| | ) | |
| Debtor(s). | ) | Hon. EUGENE R. WEDOFF |

**Order Awarding Compensation And Expenses**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $2,000.00 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $2,000.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____

**ENTERED**
JUL 1 8 2007
EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE

CHGO1\30909111.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| ECLECTIC INC., | ) | Case No. 06 B 01616 |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |

**ORDER ALLOWING FIRST AND FINAL COMPENSATION
AND REIMBURSEMENT OF COSTS AND EXPENSES OF
DLA PIPER US LLP, TRUSTEE'S ATTORNEY**

This cause coming to be heard on DLA Piper's First and Final Fee Application (the "**Application**"), proper notice having been given, the Court having heard the statements of counsel present, and being fully advised in the premises, the Court hereby enters the following FINDINGS:

1. That in the Application, DLA Piper sought the allowance of $10,079.50 for 22.0 hours of actual, necessary and valuable professional services rendered to the Trustee from February 22, 2006 through the end of the bankruptcy;

2. That in the Application DLA Piper sought the allowance of reimbursement in the amount of $116.29 as its actual and necessary expenses incurred or accrued in connection with such services;

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

A. That the Court allows $ _10,079.50_ for compensation to DLA Piper for actual, necessary and valuable professional services rendered to the Trustee from February 22, 2006 through the end of the bankruptcy;

B. The that Court allows $ _116.29_ for reimbursement to DLA Piper for actual and necessary expenses incurred in connection therewith; and

C. This matter is a core proceeding and this order is effective immediately.

Dated: _____

**ENTERED:**

ENTERED
JUL 1 8 2007
EUGENE R. WEDOFF
BANKRUPTCY JUDGE

_____
Eugene R. Wedoff
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ECLECTIC INC | ) | Case No. 06-01616-ERW |
| | ) | |
| Debtor(s). | ) | Hon. EUGENE R. WEDOFF |

**Order Awarding Compensation And Expenses**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation and expenses is allowed as follows;

POPOWCER KATTEN LTD.
*Accountant for Trustee*
a.   Compensation            $1,725.00
b.   Expenses                $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

ENTERED
JUL 1 8 2007
EUGENE R. WEDOFF
BANKRUPTCY JUDGE

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 06-01616 -ERW | | | Trustee Name: | PHILIP V. MARTINO | |
| Case Name: | ECLECTIC INC | | | Bank Name: | BANK OF AMERICA, N.A. | |
| Taxpayer ID No: | *******3278 | | | Account Number / CD #: | ******5660 BofA - Money Market Account | |
| For Period Ending: | 10/16/07 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 05/09/06 | 6 | Chicago Liquidators Services, Inc. | | | 24,134.62 | | 24,134.62 |
| | | CHICAGO LIQUIDATORS | Memo Amount:    4,615.20  Total Expenses of Auction | 3620-003 | | | |
| | | CHICAGO LIQUIDATORS | Memo Amount:    2,190.11  12%Commission (net of costs) | 3610-003 | | | |
| | | PHILIP V. MARTINO, TRUSTEE | Memo Amount:    17,329.31  Net Deposited With Bank | 1129-003 | | | |
| * 05/09/06 | 6 | Chicago Liquidators Services, Inc. | VOID | 1129-003 | -24,134.62 | | 0.00 |
| | | CHICAGO LIQUIDATORS | Memo Amount:  (  4,615.20 )  Total Expenses of Auctio ) | 3620-003 | | | |
| | | CHICAGO LIQUIDATORS | Memo Amount:    2,190.11  12%Commission net of costs | 3610-003 | | | |
| | | PHILIP V. MARTINO, TRUSTEE | Memo Amount:  (  17,329.31 )  Net Deposited With Ban ) | 1129-003 | | | |
| 05/09/06 | 6 | Chicago Liquidators Services, Inc. | | | 17,329.31 | | 17,329.31 |
| | | CHICAGOLIQUIDATORS | Memo Amount:  (  4,615.20 )  Total Expenses for Auctioneer | 3620-000 | | | |
| | | CHICAGOLIQUIDATORS | Memo Amount:  (  2,190.11 )  12% Commission (net of cost) | 3610-000 | | | |
| | | CHICAGO LIQUIDATORS SERVICES, INC. | Memo Amount:    24,134.62  Sale of Inventory for Two Doors | 1129-000 | | | |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 9.94 | | 17,339.25 |
| 06/07/06 | 000301 | Illinois Department of Revenu Retailer's Occupation Tax Springfield, IL  62796-0001 | IBT# 0441-5841 ST-1 March 2006 Sales and Use Tax | 2820-000 | | 1,084.00 | 16,255.25 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 13.81 | | 16,269.06 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 13.82 | | 16,282.88 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 13.83 | | 16,296.71 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 13.39 | | 16,310.10 |

Page Subtotals                                17,394.10       1,084.00

LFORM24                                                                 Ver: 12.50

Page: 2

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-01616 -ERW
Case Name: ECLECTIC INC
Taxpayer ID No: *******3278
For Period Ending: 10/16/07

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******5660 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.86 | | 16,323.05 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.42 | | 16,337.38 |
| 12/13/06 | 7 | JP Morgan Chase | Fees | 1249-000 | 1,000.00 | | 17,337.38 |
| 12/13/06 | 1 | JP Morgan Chase | | | 745.28 | | 18,082.66 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.68 | | 18,097.34 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.37 | | 18,112.71 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.89 | | 18,126.60 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.39 | | 18,141.99 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.92 | | 18,156.91 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 15.42 | | 18,172.33 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 14.93 | | 18,187.26 |
| 07/12/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.49 | | 18,192.75 |
| 07/12/07 | | Transfer to Acct #*******5916 | Final Posting Transfer | 9999-000 | | 18,192.75 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | COLUMN TOTALS | | 19,276.75 | 19,276.75 |
| | | Less: Bank Transfers/CD's | | 0.00 | 18,192.75 |
| | | Subtotal | | 19,276.75 | 1,084.00 |
| | | Less: Payments to Debtors | | | 0.00 |
| | | Net | | 19,276.75 | 1,084.00 |

Memo Allocation Receipts: 24,134.62
Memo Allocation Disbursements: 6,805.31
Memo Allocation Net: 17,329.31

Page Subtotals    1,882.65    18,192.75

Ver: 12.50
LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-01616 -ERW
Case Name: ECLECTIC INC
Taxpayer ID No: *******3278
For Period Ending: 10/16/07

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******5916 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/07 | | Transfer from Acct #******5660 | Transfer In From MMA Account | 9999-000 | 18,192.75 | | 18,192.75 |
| 07/24/07 | 003001 | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | 2100-000 | | 2,000.00 | 16,192.75 |
| 07/24/07 | 003002 | DLA Piper US LLP | Fees 10,079.50<br>Expenses 116.29 | 3110-000<br>3120-000 | | 10,195.79 | 5,996.96<br>5,996.96<br>5,996.96 |
| 07/24/07 | 003003 | Popowcer Katten Ltd. | | 3410-000 | | 1,725.00 | 4,271.96 |
| 07/24/07 | 003004 | LaSalle Bank, N.A. (10-021190-09)<br>c/o Ted Tsekeris & Alex Tsekeris<br>4218 N. Leavitt<br>Chicago, IL 60618 | Claim 000010B, Payment 100.00000% | 6920-004 | | 1,800.00 | 2,471.96 |
| 07/24/07 | 003005 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street Level 7-400<br>Chicago, Illinois 60601 | Claim 000004B, Payment 100.00000% | 5800-000 | | 1,113.00 | 1,358.96 |
| 07/24/07 | 003006 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000001, Payment 2.71467% | 7100-000 | | 798.79 | 560.17 |
| 07/24/07 | 003007 | DM Merchandising, Inc.<br>835 N. Church Ct.<br>Elmhurst, IL 60126 | Claim 000002, Payment 2.71528% | 7100-000 | | 11.73 | 548.44 |
| * 07/24/07 | 003008 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000005, Payment 2.71473% | 7100-000 | | 101.26 | 447.18 |
| | | | | Page Subtotals | 18,192.75 | 17,745.57 | |

Page: 3

Ver: 12.50
LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-01616 -ERW
Case Name: ECLECTIC INC
Taxpayer ID No: *******3278
For Period Ending: 10/16/07

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******5916 BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/24/07 | 003009 | Milani & Assoc., Ltd. 4413 N. Magnolia Chicago, IL 60640 | Claim 000006, Payment 2.71481% | 7100-000 | | 32.86 | 414.32 |
| * 07/24/07 | 003010 | Citibank NA Citimortgage/CH Kgt 1000 Technology Dr MS 504 St Charles, MO 63304 | Claim 000007, Payment 2.71352% Check was returned on September 24, 2007. | 7100-004 | | 9.76 | 404.56 |
| 07/24/07 | 003011 | Advanta Bank Corp PO Box 3001 Malvern, PA 19355-0701 | Claim 000009, Payment 2.71468% | 7100-000 | | 365.74 | 38.82 |
| 07/24/07 | 003012 | Peter Apostal 77 W Washington Ste 712 Chicago IL 60602 | Claim 000011, Payment 2.71478% | 7100-000 | | 15.61 | 23.21 |
| 07/24/07 | 003013 | Fine-Line Products, Inc. 738 10th Avenue PO Box 43 Grafton, WI 53024-0043 | Claim 000012, Payment 2.71430% | 7100-000 | | 23.21 | 0.00 |
| * 08/17/07 | 003004 | LaSalle Bank, N.A. (10-021190-09) c/o Ted Tsekeris & Alex Tsekeris 4218 N. Leavitt Chicago, IL 60618 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 6920-004 | | -1,800.00 | 1,800.00 |
| 08/17/07 | 003014 | LaSalle Bank, N.A. (10-021190-09) c/o Ted Tsekeris & Alex Tsekeris 4218 N. Leavitt Chicago, IL 60618 | Reissue of Check 3004, lost in mail | 6920-000 | | 1,800.00 | 0.00 |
| * 09/14/07 | 003010 | Citibank NA Citimortgage/CH Kgt 1000 Technology Dr MS 504 St Charles, MO 63304 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -9.76 | 9.76 |
| 09/14/07 | 003015 | Citibank NA | Final Distribution | 7100-000 | | 9.76 | 0.00 |

Page Subtotals  0.00  447.18

Page: 4
Ver: 12.50
LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 06-01616 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | ECLECTIC INC | | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******3278 | | Account Number / CD #: | *******5916 BofA - Checking Account |
| For Period Ending: | 10/16/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Citicorp Credit Services
Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| Total Allocation Receipts: | 24,134.62 |
| Total Allocation Disbursements: | 6,805.31 |
| Total Memo Allocation Net: | 17,329.31 |

| | COLUMN TOTALS | 18,192.75 | 18,192.75 |
| | Less: Bank Transfers/CD's | 18,192.75 | 0.00 |
| | Subtotal | 0.00 | 18,192.75 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 0.00 | 18,192.75 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********5660 | 19,276.75 | 1,084.00 | 0.00 |
| BofA - Checking Account - ********5916 | 0.00 | 18,192.75 | 0.00 |
| | 19,276.75 | 19,276.75 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

LFORM24    Ver: 12.50